```
 1
 2
 3
 4
 5
 6
 7
 8                            IN THE UNITED STATES DISTRICT COURT
 9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10  THOMAS EUGENE MOORE,
11              Petitioner,               No.  2:12-cv-0805 KJN P
12        vs.
13  V. SINGH,
14              Respondent.               ORDER
15  _____/
```

16          Petitioner, a state prisoner proceeding without counsel or "pro se," has filed an

17 application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not,

18 however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28

19 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either

20 submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit

21 the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1. Petitioner shall submit, within thirty days from the date of this order, an

24 affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

25 petitioner's failure to comply with this order will result in the dismissal of this action; and

26 ////

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: April 9, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

moor0805.101a